**GT GreenbergTraurig**

Justin A. MacLean
Tel 212.801.3137
Justin.MacLean@gtlaw.com

May 16, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stone Point Advisory, LLC d/b/a IQ Banker v. S&P Global Market Intelligence, Inc. and S&P Global Inc.*, Case No. 1:25-cv-00773-RA (S.D.N.Y.)

Dear Judge Abrams:

      We represent the defendants, S&P Global Market Intelligence, Inc. and S&P Global Inc., in the above-captioned case. Pursuant to Your Honor's Individual Practices, paragraph 1.D, Defendants, with the consent of the Plaintiff, respectfully submit this letter motion seeking an adjournment of the Initial Conference until after Defendants' motions to dismiss (Dkt. 21, 23) have been decided, and extension of the corresponding deadlines set forth in Your Honor's Order and Notice of Initial Conference. This is the second request for an adjournment of the Initial Conference and extension of corresponding deadlines; the first such request was granted on February 14, 2025. (Dkt. 9, 10.)

      The Initial Conference is currently scheduled for <u>May 23, 2025</u>. (Dkt. 10.) However, that date was scheduled before Defendants filed motions to dismiss the Complaint, and before the Court entered Plaintiff's requested briefing schedule on those motions, under which briefing is not completed until June 9, 2025. (Dkt. 26.)

      Accordingly, Defendants, with the consent of the Plaintiff, request that the Initial Conference be adjourned to a date after Defendants' motions to dismiss have been decided, with the joint letter and proposed case management plan due one week prior.

Application granted.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
May 20, 2025

Respectfully submitted,

*/s/ Justin A. MacLean*
Justin A. MacLean

---

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com